# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Civil Action No. 3:18-CV-00586-RJC-DSC

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) ORDER GRANTING |
| | ) PLAINTIFF'S MOTION TO |
| v. | ) COMPEL PRODUCTION |
| | ) OF DEFENDANT CHARLOTTE- |
| CHARLOTTE-MECKLENBURG | ) MECKLENBURG SCHOOLS BOARD |
| SCHOOLS BOARD OF EDUCATION | ) OF EDUCATION |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g(b)(2)(B) and Fed. R. Civ. P. 26, and upon due consideration of Plaintiff's Motion to Compel Production of Defendants Charlotte-Mecklenburg Schools Board of Education, and upon finding good cause in support of the same, and upon due consideration of any response by Defendant Charlotte-Mecklenburg Schools Board of Education, it is **ORDERED** that Defendant Charlotte-Mecklenburg Schools Board of Education will provide notice to Q.W. that it will produce his education record, including the related security camera video footage from November 3, 2015, to Plaintiff Jane Doe within five business days of this Order.

**SO ORDERED**.

Signed: January 7, 2020

_____
David S. Cayer
United States Magistrate Judge