IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00586-RJC-DSC

| | |
|---|---|
| **JANE DOE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **MEMORANDUM AND** |
| | ) **RECOMMENDATION AND ORDER** |
| **CHARLOTTE MECKLENBURG** | ) |
| **BOARD OF EDUCATION et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on "Plaintiff's Rule 56(D) Motion [seeking denial of Defendants' Motions for Summary Judgment, re-opening of discovery, and imposition of sanctions]" (document #92) as well as the parties' briefs and exhibits.

On November 23, 2021, this Motion was referred to the undersigned.

This matter is set for dispositive motions hearing on February 16, 2022.

This is an action seeking damages pursuant to Title IX of 20 U.S.C. §§ 1681 and 42 U.S.C. § 1983 for violations of Plaintiff's rights under the United States Constitution as well as for state law claims. Plaintiff alleges she was sexually assaulted by another student on the campus of Myers Park High School. For the complete factual and procedural history, see "Memorandum and Recommendation" (document #39) (recommending School Defendants' Motion to Dismiss (document #27) be granted in part and denied in part), adopted by "Order" (document #40); "Memorandum and Recommendation and Order" (document #57) (recommending City

Defendants' Motion to Dismiss (document #52) be <u>granted in part</u> and <u>denied in part</u>), adopted by "Order" (document #58).

Plaintiff credibly asserts that Defendants withheld information about other reports of sexual assaults on students occurring prior to and after the events at issue here. The Court in its discretion will <u>grant</u> the parties leave to conduct additional discovery on this issue. The Court further concludes that Plaintiff's request for sanctions, including denial of the pending Motions for Summary Judgment, is premature.

## ORDER

**IT IS ORDERED** that "Plaintiff's Rule 56(D) Motion" is **GRANTED** as to additional discovery. The discovery period is re-opened with a deadline of December 24, 2021. The parties are granted leave to file one supplemental brief in support of or in opposition to the pending Motions for Summary Judgment. Those briefs must be filed no later than January 7, 2022.

## RECOMMENDATION

**FOR THE FOREGOING REASONS**, the undersigned respectfully recommends that "Plaintiff's Rule 56(D) Motion" otherwise be **DENIED WITHOUT PREJUDICE** subject to renewal following the extended discovery period.

## NOTICE OF APPEAL RIGHTS

The parties are hereby advised that, pursuant to 28 U.S.C. §636(b)(1)(c), written objections to the proposed findings of fact and conclusions of law and the recommendation contained in this Memorandum must be filed within fourteen days after service of same. Failure to file objections to this Memorandum with the Court constitutes a waiver of the right to de novo review by the District Judge. <u>Diamond v. Colonial Life</u>, 416 F.3d 310, 315-16 (4th Cir. 2005); <u>Wells v. Shriners Hosp.</u>, 109 F.3d 198, 201 (4th Cir. 1997); <u>Snyder v. Ridenour</u>, 889 F.2d 1363, 1365 (4th Cir.

1989).  Moreover, failure to file timely objections will also preclude the parties from raising such objections on appeal.  Thomas v. Arn, 474 U.S. 140, 147 (1985); Diamond, 416 F.3d at 316; Page v. Lee, 337 F.3d 411, 416 n.3 (4th Cir. 2003); Wells, 109 F.3d at 201; Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk is directed to send copies of this Memorandum and Recommendation and Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED AND RECOMMENDED**.

Signed: November 23, 2021

David S. Cayer
United States Magistrate Judge