# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00586-RJC-DSC

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CHARLOTTE MECKLENBURG ) | |
| BOARD OF EDUCATION et. al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel Discovery by Defendant Charlotte-Mecklenburg Board of Education and Anthony Perkins Pursuant to FERPA" (document #119) and the "Motion to Compel Outstanding Discovery by All Defendants" (document #121) as well as the parties' briefs and exhibits.

The Court has carefully reviewed the record, the authorities and the parties' arguments.

On November 23, 2021, the discovery period was re-opened. See "Memorandum and Recommendation and Order" (document #103) and "Order" (document #126). For the reasons stated in those Orders, as well as for the other reasons stated in Plaintiff's briefs, the Motions to Compel are granted.

**IT IS HEREBY ORDERED** that:

1. "Plaintiff's Motion to Compel Discovery by Defendant Charlotte-Mecklenburg Board of Education and Anthony Perkins Pursuant to FERPA" (document #119) and the "Motion to Compel Outstanding Discovery by All Defendants" (document #121) are

**GRANTED.** Within fifteen days of this Order, Defendants shall serve complete responses to Plaintiff's discovery requests.

2. If a party contends that it has previously fully responded to a specific request it shall state its compliance in a verified discovery response.

3. As to information within the scope of the Family Educational Rights and Privacy Act (FERPA), the parties are directed to submit an appropriate protective order. If the parties cannot agree to a protective order, they shall each submit proposed orders. The proposed protective order(s) shall be submitted within five days of this Order.

4. The parties are granted leave to file one supplemental brief in support of or in opposition to the pending Motions for Summary Judgment. Those briefs shall be filed no later than February 28, 2022.

5. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: January 27, 2022

David S. Cayer
United States Magistrate Judge