IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:18-CV-00586-RJC-DSC

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | PROTECTIVE |
| ) | ORDER REGARDING |
| CHARLOTTE-MECKLENBURG ) | DISCOVERY UNDER |
| BOARD OF EDUCATION *et al.*, ) | FED. R. CIV. P. 56(D) |
| ) | |
| Defendants. ) | |
| ) | |

The Court has considered Plaintiff's Motion for Entry of Protective Order Regarding Discovery under Fed. R. Civ. P. 56(d) as well as Plaintiff's and Defendants' proposed orders. The Court finds that Plaintiff's proposed Order is appropriate. Accordingly, it is hereby **ORDERED**:

1. Defendants will provide one copy of all discovery granted by this Court to Ms. Doe pursuant to Fed. R. Civ. P. 56(d) and the related Motion to Compel <u>without redactions</u>, which may be designated as "confidential" by Defendants pursuant to the Amended Stipulated Protective Order (ECF No. 60).

2. Defendants will provide one copy of all discovery granted by this Court to Ms. Doe pursuant to Fed. R. Civ. P. 56(d) and the related Motion to Compel <u>with redactions</u>, which Defendants may make pursuant to the Family Educational Rights and Privacy Act (FERPA), and any other laws or regulations identified by Defendants as being applicable. Defendants will send a cover letter to Ms. Doe describing the redacted discovery and indicating the law justifying each redaction by Bates-numbered document.

3. Within fourteen calendar days of Ms. Doe receiving the discovery granted by this Court from Defendants under Fed. R. Civ. P. 56(d) and the related Motion to Compel, any party

may challenge a confidentiality designation or redaction regarding the same. The parties shall then meet and confer in good faith within fourteen calendar days, and if the dispute cannot be resolved, the challenging party shall have seven calendar days from the meet and confer to seek judicial intervention. Such intervention shall be sought by motion and will include a declaration affirming that the movant has complied with the meet and confer requirements. If the motion is timely, the challenged designation or redaction shall remain in effect until that motion is decided by the Court. In the interest of facilitating a prompt resolution of any such dispute, the Parties agree that any opposition to the motion will be due by the non-challenging party or parties within seven calendar days of the motion being filed. Neither this Order nor any action or agreement by the Parties shall limit the Court's power to make orders concerning the challenged discovery.

**SO ORDERED.**

Signed: February 2, 2022

David S. Cayer
United States Magistrate Judge