# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:18-CV-00586-RJC-DSC

| | |
|---|---|
| **JANE DOE,** | ) |
| | ) **ORDER** |
| Plaintiff, | ) **GRANTING PLAINTIFF'S** |
| | ) **MOTION TO CHALLENGE** |
| v. | ) **CONFIDENTIAL DESIGNATIONS** |
| | ) **BY DEFENDANT BOARD UNDER** |
| **CHARLOTTE-MECKLENBURG** | ) **THE AMENDED PROTECTIVE** |
| **BOARD OF EDUCATION** *et al.*, | ) **ORDER** |
| | ) |
| Defendants. | ) |
| | ) |

The Court has considered the Plaintiff's Motion to Challenge Confidential Designations by Defendant Board Under the Amended Protective Order dated March 11th, 2022, and Defendant Charlotte-Mecklenburg Board of Education's opposition thereto. The Court finds Ms. Doe has established good cause for removing the challenged confidential designations. Ms. Doe's Motion is hereby **GRANTED**.

It is further:

**ORDERED** that Defendant Charlotte-Mecklenburg Board of Education will reproduce without a "confidential" designation the redacted versions of CMS 1265-1779, with the original redactions and no additional redactions, to Ms. Doe within five days of this Order.

**SO ORDERED.**

Signed: March 31, 2022

David S. Cayer
United States Magistrate Judge