IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18CV586-RJC-DSC

| | |
|---|---|
| JANE DOE, <br><br>**Plaintiff,** <br><br> v. <br><br> CHARLOTTE MECKLENBURG BOARD OF EDUCATION AND CITY OF CHARLOTTE, <br><br> **Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. The parties have contacted the undersigned's chambers to schedule a Judicial Settlement Conference and a date has been agreed upon.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene on November 30, 2022, at 10:00 a.m. in Courtroom #8 of the Federal Courthouse, 401 West Trade Street, Charlotte, North Carolina.

SO ORDERED.

Signed: November 3, 2022

Graham C. Mullen
United States District Judge