IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:18-CV-00586-RJC-DSC

| | |
|---|---|
| **JANE DOE,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **PLAINTIFF'S MOTION**<br>) **TO SEAL CONSENT MOTION** |
| **CHARLOTTE-MECKLENBURG** | ) **SEEKING LEAVE FOR** |
| **BOARD OF EDUCATION, *et al.*,** | ) **PLAINTIFF'S EXPERT TO**<br>) **APPEAR REMOTELY AT TRIAL** |
| Defendants. | ) |

Plaintiff, Jane Doe, by and through her undersigned counsel, and pursuant to Federal LCvR6.1, hereby moves this Court for leave to file under seal Consent Motion Seeking Leave for Plaintiff's Expert to Appear Remotely for Trial.

In support of this motion, Plaintiff will file a memorandum arguing a good cause exists to seal the motion. Pursuant to LCvR7.1(b), Plaintiff's counsel has consulted with counsel for the Defendant. Counsel for the Defendant does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that this motion be granted and the Court allow Plaintiff to file the document under seal.

This the 21st day of December 2022.	Respectfully submitted,

/s/ Geraldine Sumter
Geraldine Sumter, Esq. (N.C. Bar No. 11107)
FERGUSON CHAMBERS & SUMTER, P.A.
309 East Morehead Street, Suite 110
Charlotte, NC 28202
Telephone: (704) 375-8461
Facsimile: (980) 938-4867
GSumter@fergusonsumter.com

Laura L. Dunn (*pro hac vice*)
L.L. DUNN LAW FIRM PLLC
1717 K Street NW, Suite 900
Washington, DC 20008
Telephone: (202) 822-5023
Facsimile: (202) 776-0136
LLD@LLDunnLaw.com

Antonia B. Ianniello (*pro hac vice*)
Linda C. Bailey (*pro hac vice*)
Sabra R. Messer (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
aianniello@steptoe.com
lbailey@steptoe.com
smesser@steptoe.com

Cara Lawson (*pro hac vice*)
STEPTOE & JOHNSON LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
Facsimile: (312) 577-1370
clawson@steptoe.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all attorneys of record using the Court's CM/ECF system, which will send notification of such filing to any CM/ECF participants.

Terry L. Wallace
Wallace Law Firm, PLLC
6000 Fairview Road, Suite 1200, Charlotte, NC 28210
(704) 626-2903 (T)    (704) 626-3476 (F)
terry@wallacelawnc.com
*Attorney for Charlotte-Mecklenburg School Board of Education*

Stephanie H. Webster
Patrick H. Flanagan
Cranfill Sumner, LLP
P.O. Box 30787, Charlotte, NC, 28230
(704) 332-8300 (T)    (704) 332-9994 (F)
swebster@cshlaw.com
phf@cshlaw.com
*Attorney for the City of Charlotte*

This the 21st day of December 2022.           Respectfully submitted,

**/s/ Geraldine Sumter**
Geraldine Sumter, Esq. (N.C. Bar No. 11107)
FERGUSON CHAMBERS & SUMTER, P.A.
309 East Morehead Street, Suite 110
Charlotte, NC 28202
Telephone: (704) 375-8461
Facsimile: (980) 938-4867
GSumter@fergusonsumter.com