IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:18-CV-00586-RJC-DSC

| | |
|---|---|
| **JANE DOE,**          **Plaintiff,**<br><br>v.<br><br>**CHARLOTTE-MECKLENBURG BOARD OF EDUCATION; THE CITY OF CHARLOTTE**, a North Carolina Municipality; and **KERR PUTNEY**, in his official capacity as Chief of the Charlotte-Mecklenburg Police Department,<br>         **Defendants.** | **DEFENDANT BOARD'S RESPONSE TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE DEFENDANTS' WITNESS STEPHANIE MCKINNEY** |

Defendant Charlotte-Mecklenburg Board of Education ("Defendant Board"), by and through undersigned counsel, hereby responds to Plaintiff's Motion Seeking To Exclude Defendants' Witness Stephanie McKinney (Doc. 255). In response to Plaintiff's Motion, Defendant states as follows.

Based on the representations made in Plaintiff's Motion, Defendant will stipulate that it will call Stephanie McKinney as a witness for the sole purpose of testifying that she prepared and mailed the OCR Letter of Findings to Plaintiff and the accused student unless the parties agree to a stipulation that will make her testimony unnecessary.

## CONCLUSION

For the reasons stated above, the Court should deny Plaintiff's motion.

This the 5th day of January 2023.

**WALLACE LAW FIRM PLLC**

<u>/s/ Terry L. Wallace</u>
Terry L. Wallace
N.C. State Bar No. 26806
6000 Fairview Road; Suite 1200
Charlotte, North Carolina 28210
Phone: 704-626-2903
Fax: 704-626-3476
Email: terry@wallacelawnc.com
*Attorney for Defendant Board*

## CERTIFICATE OF SERVICE

This is to certify that on this date the undersigned filed the foregoing **DEFENDANT BOARD'S RESPONSE TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE DEFENDANTS' WITNESS STEPHANIE MCKINNEY** using the Court's CM/ECF system which will send notification of such filing to all counsel of record who are all CM/ECF participants.

Cara Lawson
**Steptoe & Johnson LLP**
227 West Monroe Street, Suite 4700
Chicago, IL 60606
clawson@steptoe.com
*Attorney for Plaintiff*

Laura L. Dunn
**L.L. Dunn Law Firm, PLLC**
1717 K Street NW, Suite 900
Washington, DC 20006
ldunn@lldunnlawfirm.com
*Attorney for Plaintiff*

Geraldine Sumter
**Ferguson, Chambers & Sumter, P.A.**
309 E. Morehead Street, Suite 110
Charlotte, NC 28202
gsumter@fergusonsumter.com
*Attorney for Plaintiff*

Linda C. Bailey
Sabra R. Messer
Antonia B. Ianniello
**Steptoe & Johnson LLP**
1330 Connecticut Avenue NW
Washington, DC 20036
lbailey@steptoe.com
smesser@steptoe.com
aianniello@steptoe.com
*Attorneys for Plaintiff*

*Stephanie Webster*
**CRANFILL SUMNER LLP**
P.O. Box 30787
Charlotte, NC 28230
swebster@cshlaw.com
*Attorneys for Defendants City of
Charlotte and Kerr Putney*

Lori R. Keeton
**Law Offices of Lori Keeton**
6000 Fairview Road, Suite 1200
Charlotte, NC 28210
Email: lkeeton@lorikeetonlaw.com
*Attorney for Defendant City of Charlotte*

This the 5th day of January 2023.

/s/ Terry L. Wallace
Terry L. Wallace
N.C. State Bar No. 26806
Wallace Law Firm PLLC
6000 Fairview Road; Suite 1200
Charlotte, North Carolina 28210
Phone:  704-626-2903
Fax:  704-626-3476
Email:  terry@wallacelawnc.com

**ATTORNEY FOR DEFENDANT
CHARLOTTE-MECKLENBURG BOARD OF
EDUCATION**