IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:18-CV-00586-RJC-DSC

| | |
|---|---|
| JANE DOE,                       **Plaintiff,**<br><br>v.<br><br>**CHARLOTTE-MECKLENBURG BOARD OF EDUCATION; THE CITY OF CHARLOTTE**, a North Carolina Municipality; and **KERR PUTNEY**, in his official capacity as Chief of the Charlotte-Mecklenburg Police Department,<br><br>                                  **Defendants.** | **DEFENDANTS' JOINT RESPONSE TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE STALE PRIOR CONVICTION** |

Defendants Charlotte-Mecklenburg Board of Education ("Defendant Board") and Defendant City of Charlotte, by and through undersigned counsel, hereby respond to Plaintiff's Motion In Limine To Exclude Stale Prior Conviction. (Doc. 252).

Based on the representations made in Plaintiff's Motion, Defendants stipulate that it will not use Mr. Doe's 1998 conviction at trial.

This the 5th day of January 2023.

**WALLACE LAW FIRM PLLC**

/s/ Terry L. Wallace_____
Terry L. Wallace
N.C. State Bar No. 26806
6000 Fairview Road; Suite 1200
Charlotte, North Carolina 28210
Phone: 704-626-2903
Fax: 704-626-3476
Email: terry@wallacelawnc.com
*Attorney for Defendant Board*

/s/ Stephanie H. Webster
*Stephanie H. Webster*
State Bar #12164
**CRANFILL SUMNER LLP**
P.O. Box 30787
Charlotte, NC 28230
swebster@cshlaw.com
*Attorneys for Defendant City of Charlotte*

/s/ Lori R. Keeton
Lori R. Keeton
State Bar # State Bar # 25813
**Law Offices of Lori Keeton**
 6000 Fairview Road, Suite 1200
Charlotte, NC 28210
lkeeton@lorikeetonlaw.com
*Attorneys for Defendant City of Charlotte*

2

Case 3:18-cv-00586-RJC-SCR     Document 270     Filed 01/05/23     Page 2 of 4
4895-4730-6312, v. 1

# CERTIFICATE OF SERVICE

This is to certify that on this date the undersigned filed the foregoing **DEFENDANTS' JOINT RESPONSE TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE STALE PRIOR CONVICTION** using the Court's CM/ECF system which will send notification of such filing to all counsel of record who are all CM/ECF participants.

Cara Lawson
**Steptoe & Johnson LLP**
227 West Monroe Street, Suite 4700
Chicago, IL 60606
clawson@steptoe.com
*Attorney for Plaintiff*

Laura L. Dunn
**L.L. Dunn Law Firm, PLLC**
1717 K Street NW, Suite 900
Washington, DC 20006
ldunn@lldunnlawfirm.com
*Attorney for Plaintiff*

Geraldine Sumter
**Ferguson, Chambers & Sumter, P.A.**
309 E. Morehead Street, Suite 110
Charlotte, NC 28202
gsumter@fergusonsumter.com
*Attorney for Plaintiff*

Linda C. Bailey
Sabra R. Messer
Antonia B. Ianniello
**Steptoe & Johnson LLP**
1330 Connecticut Avenue NW
Washington, DC 20036
lbailey@steptoe.com
smesser@steptoe.com
aianniello@steptoe.com
*Attorneys for Plaintiff*

This the 5th day of January 2023.

/s/ Terry L. Wallace
Terry L. Wallace
N.C. State Bar No. 26806
Wallace Law Firm PLLC
6000 Fairview Road; Suite 1200
Charlotte, North Carolina 28210
Phone: 704-626-2903
Fax: 704-626-3476
Email: terry@wallacelawnc.com

**ATTORNEY FOR DEFENDANT CHARLOTTE-MECKLENBURG BOARD OF EDUCATION**