# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jane Doe, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00586-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| City of Charlotte | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion for Judgment as a Matter of Law during trial by Defendant City of Charlotte and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Oral Order as stated in open Court on January 19, 2023 granting Defendant City of Charlotte's Motion for Judgment as a Matter of Law.

January 19, 2023

Frank G. Johns, Clerk
United States District Court