# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jane Doe, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00586-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Charlotte Mecklenburg Board of Education | ) ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Jury Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered on 1/20/2023.

January 20, 2023

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court