IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:18-CV-00586-RJC-DSC

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>v.<br><br>CHARLOTTE-MECKLENBURG<br>BOARD OF EDUCATION, *et al.*,<br><br>      Defendants. | **PLAINTIFF'S OPPOSITION TO DEFENDANTS CITY OF CHARLOTTE & BRADLEY LEAK'S MOTION FOR TRIAL TRANSCRIPT REDACTIONS** |

Plaintiff Jane Doe ("Ms. Doe"), by and through undersigned counsel, hereby opposes the joint motion filed by Defendants City of Charlotte (City) and Bradley Leak requesting trial transcript redactions to the extent these requests go above and beyond the minimum required to protect Defendant Leak's information protected by N.C. Gen. Stat. § 160A-168. (ECF No. 331.) Defendants City and Leak have not offered this Court reasoning to accept the redactions beyond the limitations agreed upon by Ms. Doe, which would ensure the public has significant information except for what is directly protected under N.C. Gen. Stat. § 160A-168.

On March 28, 2023, counsel for Defendants City and Leak provided the attached transcript showing requested redactions in yellow and seeking Plaintiff Doe's consent to the same. *See* Attachment 1 (highlighted transcripts). On March 29, 2023, counsel for Plaintiff Doe replied by sending the same transcript back with pink highlights showing where the parties had reached agreement, but otherwise arguing the remaining yellow highlighted redaction requests went above and beyond what is necessary to protect information about Defendant Leak protected by N.C. Gen. Stat. § 160A-168. *See id.*; *see also* Attachment 2 (counsel email).

1

The U.S. Supreme Court has recognized a common law right for the public to inspect and copy judicial records and documents. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). However, the Fourth Circuit has held that a trial court may use its supervisory powers and discretion to seal a document "if the public's right of access is outweighed by competing interests." *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000) (quoting *In re Knight Pub. Co.,* 743 F.2d 231, 235 (4th Cir. 1984)). In doing so, courts must "provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft*, 218 F.3d at 302 (internal citations omitted). Defendants City and Leak have not offered this Court reasoning to accept the requested redactions beyond the limitations agreed upon by Ms. Doe, which would ensure the public has significant information except for what is directly protected under N.C. Gen. Stat. § 160A-168. Additionally, the information Defendants City and Leak seek to redact are not personal identifiers listed by the Judicial Conference in its policy on the Electronic Availability of Transcripts cited by this Court. (ECF No. 330-2.)

WHEREFORE, Plaintiff Doe request the Court deny the Defendants City and Leak motion in part to the extent their requested redactions exceed her consent, the bounds of N.C. Gen. Stat. § 160A-168 and the Judicial Conference's Electronic Availability of Transcripts policy, and/or otherwise run afoul of the First Amendment.

This the 31st day of March 2023.  Respectfully submitted,

Laura L. Dunn (*pro hac vice*)
L.L. DUNN LAW FIRM PLLC
1717 K Street NW, Suite 900
Washington, DC 20008
Telephone: (202) 822-5023
Facsimile: (202) 776-0136
LLD@LLDunnLaw.com

Geraldine Sumter, Esq. (N.C. Bar No. 11107)
FERGUSON CHAMBERS & SUMTER, P.A.
309 East Morehead Street, Suite 110
Charlotte, NC 28202
Telephone: (704) 375-8461
Facsimile: (980) 938-4867
GSumter@fergusonsumter.com

Antonia B. Ianniello (*pro hac vice*)
Linda C. Bailey (*pro hac vice*)
Sabra R. Messer (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
aianniello@steptoe.com
lbailey@steptoe.com
smesser@steptoe.com

Cara Lawson (*pro hac vice*)
STEPTOE & JOHNSON LLP
227 West Monroe Street, Suite 4700
Chicago, IL  60606
Telephone: (312) 577-1300
Facsimile: (312) 577-1370
clawson@steptoe.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all attorneys of record using the Court's CM/ECF system, which will send notification of such filing to any CM/ECF participants.

Terry L. Wallace
Wallace Law Firm, PLLC
6000 Fairview Road, Suite 1200, Charlotte, NC 28210
(704) 626-2903 (T)    (704) 626-3476 (F)
terry@wallacelawnc.com

*Attorney for Charlotte-Mecklenburg School Board of Education*

Stephanie H. Webster
Patrick H. Flanagan
Cranfill Sumner, LLP
P.O. Box 30787, Charlotte, NC, 28230
(704) 332-8300 (T)    (704) 332-9994 (F)
swebster@cshlaw.com
phf@cshlaw.com

Lori R. Keeton
Law Offices of Lori Keeton
6000 Fairview Road, Suite 1200, Charlotte, NC 28210
lkeeton@lorikeetonlaw.com
(704) 575-9204 (T)    (704) 919-5059 (F)

*Attorneys for the City of Charlotte*

This the 31st day of March 2023.               Respectfully submitted,

_____
Laura L. Dunn (*pro hac vice*)
L.L. DUNN LAW FIRM PLLC
1717 K Street NW, Suite 900
Washington, DC 20008
Telephone: (202) 822-5023
Facsimile: (202) 776-0136
LLD@LLDunnLaw.com