UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00586-RJC-SCR

| | |
|---|---|
| JANE DOE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLOTTE MECKLENBURG BOARD ) <br> OF EDUATION, et al., ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff Jane Doe's Motion for Correction of Error, (Doc. No. 343), related to this Court's Amended Order of August 7, 2019. (Doc No. 42). In accordance with Federal Rule of Civil Procedure 60(a) and with the Fourth Circuit's leave, (Doc. No. 345), the Court's Amended Order of August 7, 2019 is corrected as follows:

1. The Magistrate Judge's M&R, (Doc. No. 39), is **ADOPTED**; and

2. Charlotte-Mecklenburg Board of Education and Anthony Perkins's Motion To Dismiss, (Doc. No. 27), is **GRANTED IN PART** and **DENIED IN PART**. That is, **GRANTED** as to official capacity claims filed against Defendant Perkins, the state-law claims against CMS, and the § 1983 claims against CMS, and **DENIED** in all other respects.

Signed: July 25, 2023

Robert J. Conrad, Jr.
United States District Judge